■ The People of the State of New York, Respondent, v. Claude Poole, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time extended to the September 1959 Term of this court. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of Reginald Lush, Appellant, against Commissioner of Education of the State of New York, Respondent.— Decision of this court, handed down April 23, 1959 (8 A D 2d 644), amended to read as follows: Appeal from an order of a Special Term, Supreme Court, Albany County. Order dismissing petition to review a determination of the State Commissioner of Education unanimously affirmed on the opinion of Mr. Justice Hamm at Special Term (16 Misc 2d 137), with $50 costs. The determination by the Commissioner was in the exercise of his appellate jurisdiction on an appeal to review an election at which a central school district considered a proposition authorizing a school construction in which the Commissioner dismissed the appeal. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.